UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOHN-TALMAGE MATHIS                                CIVIL ACTION NO. 13-cv-0630

VERSUS                                             JUDGE HICKS

PINNACLE ENTERTAINMENT, INC.,                      MAGISTRATE JUDGE HORNSBY
ET AL

**MEMORANDUM ORDER**

John-Talmage Mathis ("Plaintiff") amended his complaint on June 21, 2013 and reduced the named defendants to PNK, Inc. and Pinnacle Entertainment, Inc. Those defendants were also named in the original complaint filed in March 2013. Rule 4(m) required Plaintiff to make service within 120 days of the filing of his complaint. There is evidence that he sent a request for waiver of service, but there is no indication that it was executed by any defendant. There is also no proof of actual service in the record.

The court exercises its discretion under Rule 4(m) to extend the time for making service on the two defendants until **September 23, 2013**. Failure to file proof of valid service of process within that time may result in dismissal of the claims against any unserved defendant(s) without further notice.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 30th day of August, 2013.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE